THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS B. FAY, Appellant, *v.* WILLIAM MCADOO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Fay* v. *McAdoo,* 129 App. Div. 924, affirmed.
(Argued June 1, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1908, which confirmed a determination of the defendant in dismissing the relator from the police force of the city of New York.

*C. E. Hunter* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs ; no opinion.
Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.  Absent: CULLEN, Ch. J.